IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| MARYANN CALHOUN | ) | |
| --- | --- | --- |
| Plaintiff (s) | ) | |
| vs. | ) | Civil No. 05-0872-CV-W-DW |
| JO ANNE B. BARNHART | ) | |
| Commissioner of Social Security | ) | |
| Defendant (s) | ) | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: the Commissioner's decision denying Calhoun's application for benefits is **AFFIRMED**.

PATRICIA L. BRUNE, CLERK

Date: June 30, 2006     By: /s/ Y. Johnson
                                         Deputy Clerk